PROVIDED
HAMILTON CI
FEB 27 2023
RECEIVED BY [signature]
FOR MAILING

Original Copy of 2.                                February 27, 2023

STATE OF: FLORIDA                United States District Court
COUNTY OF: HAMILTON              Middle District of Florida
                                 OFFICE OF THE CLERK
                                 300 N. Hogan Street, Suite 9-150
                                 Jacksonville, Florida
                                 32202-4271

FILED
2023 MAR -1 PM 1:44
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## SWORN AFFIDAVIT
(Suicidal)      (Obstructing Justice).

Law Libraian C. Bellamy, of Hamilton C.I. Annex Has Deliberately And Intentionally Cahooted With Other Staff Namely Sgt. J. Gamble, To Make Myself Miss Deadlines! Weekly I Send In request For Case Law Working On Several Case(s) With Multiple Deadlines, Now, I'm Having To Wait Because The Law Clerk Not Delivering The Cases Telling myself I Haft to Wait till the Next Week to receive the Case Law that Bellamy, Trying To Go Home early, 2-24-23!

THIS STAFF Bellamy, Has been Very abusive Cahooting With STAFF J. Gamble, being deliberately Indifferent, Withholding my requested Legal Material For J. Gamble; Inmates In Confinement Can't request but (15) CASE LAW A Week, She don't Want to Provide that, Stating my request WAS THE LAST RECEIVED, I Haft to Wait till the Following Week.

I CAN'T GET AND INVESTIGATION INTO BELLAMY, And Gamble, Cahooting. As Gamble, Stated, "Bellamy advised her I don't have A Dead Line!" WHEN THE Property Room Has No Reason To be inquiring about Any Deadline of Mine. When You Grieve these Unprofessional Staff, The Grievance Cordinator Don't Process the Grievance.

Obstructing Justice AT its Most Profound. Now, The Mailroom Staff obstructing The MAIL Provided To Them, Namely (B.B.)

my mental Health is deteriating because of the corruption being allowed by these Staff, THEN When You Advise Mental Health Via request how things disturbing you To This affect And You Feel Like Committing Suicide, They Have A Mental Health Staff I. Calhoun, Who Falsifying inmates refuse To Come Out So She Can Stay out There in The Nurses Station playing with The officers On Shift, And Not Address the Call-out As She done 2-28-23 And Have repeatedly done in the PAST; When you report Said To Medical As I've done, ITS PLACED COVER ON by the Same Administration That Supports Bellamy, and Gamble, Obstruction!

I CANT TAKE IT ANY LONGER, My Mind Telling Me To Committ Suicide. Sgt. BENSON, and c/o Williamson, Forcing I, Calhoun, To Falsifie Documments In Confinement Daily.

## CERTIFICATE OF SERVICE

I, Andre L. Sheffield #116194, Do Hereby Certify THAT A True And Correct Copy of This Sworn Affidavit Has been Placed In the Hands of Hamilton C.I. Mail Carrier (B.B.) For MAILING To: U.S. District Court, Middle District of FLORIDA, 300 N. Hogan ST. STE 9-150, JACKSONVILLE, Fla. 32202-4271 On This 27th day of February 2023.

/s/ Andre Sheffield

Andre Sheffield, #116194
Hamilton Corr. Inst./Annex
10650 S.W. 46th Street
JASPER, FLORIDA
32052-1360